**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR-10-1209-PHX-JAT (ECV) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DETENTION ORDER** |
| Hector Luque-Lopez, | ) | |
| Defendant. | ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on December 7, 2012.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 7th day of December, 2012.

Lawrence O. Anderson
United States Magistrate Judge